United States District Court
Southern District of Texas
**ENTERED**
March 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| The United States of America, | |
| Plaintiff, | |
| versus | Criminal 2:20CR00899-001 |
| MICHAEL MOSCONA (17602-579) | |
| Defendant. | |

## Order to Surrender

Having been sentenced to the custody of the Attorney General,

MICHAEL MOSCONA

is ordered to surrender by 2:00 p.m. on April 6, 2021, at

**Federal Prison Camp (FPC) Montgomery,**

**MAXWELL AIR FORCE BASE**

**Montgomery, AL 36112**

**(334) 293-2100**

Signed on    3/10/21   , at Corpus Christi, Texas.

United States District Judge