

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

## MEMORANDUM

Date:   April 8, 2021

Reply to: Angel Mireles/Finance
U.S. District Clerk
Corpus Christi Division

Subject:  Voluntary Surrender

**To:   United States Marshal or any other authorized officer**

---

Please inform us if the Defendant in the specified case has surrendered and is in custody at the present time:

Criminal Case No.: 2:20CR899-1
Name: Michael Eric Moscona
Date of Sentencing: 1/12/21
Scheduled Surrender Date: 4/6/21

---

This area to be completed by U.S. Marshal or any other authorized officer'

Custody:  (Yes) / No

Date of Surrender: 4/6/2021

Signature: _____
Clerk - U.S. Marshal

Date: 4/8/2021